1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 ABDUL YARO LECKY,                   )
                                       ) No. C 07-0007 SI
13            Plaintiff,               )
                                       )
14       v.                            )
                                       ) **STIPULATION TO EXTEND DATES;**
15 ALBERTO GONZALES, Attorney General, ) **and [PROPOSED] ORDER**
   United States Department of Justice, United )
16 States Citizenship and Immigration Service; )
   DAVID N. STILL, Officer-in-Charge of the )
17 San Francisco Sub-Office of the United States )
   Citizenship and Immigration Services, )
18 and DOES 1 - 25.                    )
                                       )
19            Defendants.              )
                                       )
20

21     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to the following:

23     1. Plaintiff filed this action on or about January 3, 2007, and Defendants' response is due on

24 March 5, 2007.

25     2. Pursuant to this Court's January 3, 2007 Order Setting Initial Case Management

26 Conference, the parties are required to file a joint case management statement on April 6, 2007,

27 and attend a case management conference on April 13, 2007.

28     3. In order to allow sufficient time for Defendants to consider an alternative resolution to this

Stipulation to Extend Dates
C07-0007 SI                                    1

case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day for Defendant to file an Answer | April 4, 2007 |
| Last day to file Joint ADR Certification | April 27, 2007 |
| Last day to file/serve Joint Case Management Statement: | May 11, 2007 |
| Case Management Conference: | May 18, 2007 at 2:00 p.m. |

Dated: March 1, 2007  Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants


Dated: March 1, 2007

_____/s/_____
OLUMIDE K. OBAYEMI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
SUSAN ILLSTON
United States District Judge

Stipulation to Extend Dates
C07-0007 SI                                   2